**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ALFRED KADESH,<br><br>Plaintiff,<br><br>v.<br><br>BOYBEAUTY.COM,<br><br>Defendant. | Case No. 2:26-cv-04655-DWL<br><br>**REGISTRAR'S CERTIFICATE** |

I, Keena Willis, a representative of GoDaddy.com, LLC, a registrar of Internet domain names under the top-level domains .com, .org, and .net, among others, hereby declare:

1. I have personal knowledge of the facts stated here in, and would testify to such facts if so called to testify.

2. GoDaddy.com, LLC "(GoDaddy.com") is the registrar of the domain name, boybeauty.com, that is at issue in this case (the "Domain Name").

3. GoDaddy.com has placed the Domain Name on registrar lock, thus preventing the Domain Name from being transferred, modified or otherwise managed or manipulated.

4. Furthermore, GoDaddy.com will not modify the status of the Domain Name unless and until instructed to do so by Order of the Court.

5. Therefore, the Domain Name should be construed to be under the dominion and control of the Court until such time as GoDaddy.com receives further instruction with regard to the Domain Name.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 1, 2026

GODADDY.COM, LLC



By: Keena Willis
Its: Representative